IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENDRA MILLER,

    Appellant,       JUDGMENT IN A CIVIL CASE

   v.             Case No. 09-cv-581-bbc

UNITED STATES OF AMERICA,
acting through Rural Development
Rural Housing Service (RHS),
successor in interest to the United
States Department of Agriculture,

    Appellees.

---

  This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered affirming the decision of the United States Bankruptcy Court for the Western District of Wisconsin to deny appellant Kendra Miller's motion for summary judgment and to award summary judgment to appellee United States of America.

   _Peter Oppeneer_        1/14/10
   Peter Oppeneer, Clerk of Court     Date