IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KENDRA MILLER,

      Appellant,          ORDER
 v.

                    09-cv-581-bbc

UNITED STATES OF AMERICA,
acting through Rural Development
Rural Housing Service (RHS), successor in
interest to the United States Department
of Agriculture,

      Appellee.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  It has come to my attention that the January 12, 2010 order affirming the decision of the United States Bankruptcy Court for the Western District of Wisconsin denying appellant Kendra Miller's motion for summary judgment and awarding summary judgment to appellee United States of America contains an error.

  Therefore, IT IS ORDERED that the order entered herein on January 12 2010 is AMENDED as follows:

  Beginning on page 2, line 3, the sentence should read as follows:

1

Because I agree with the bankruptcy court that *appellee* properly exercised valid setoff rights and did not willfully violate the automatic stay, I will affirm its denial of her motion for summary judgment and entry of judgment for the government.

In all other respects, the order entered on January 12, 2010, remains unchanged.

Entered this 1st day of February, 2010.

                              BY THE COURT:
                              /s/
                              BARBARA B. CRABB
                              District Judge